IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MICHAEL WEST, JR., # 26435, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 1:10-CV-789-WKW ) [WO] |
| KENNETH JONES, *et al.*, | ) ) |
| Respondents. | ) |

### **ORDER**

On August 27, 2012, the Magistrate Judge filed a Recommendation. (Doc. # 26.) No objections were filed. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1. The Recommendation (Doc. # 26) of the Magistrate Judge is ADOPTED;

2. The petition for habeas corpus relief (Doc. # 1) is DENIED;

3. This case is DISMISSED with prejudice.

An appropriate judgment will follow.

DONE this 18th day of October, 2012.

                                                         /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE